**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF FEBRUARY 9, 2016**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
----------------------------------------------------------------
| | |
|---|---|
| **WD78062** | **James S. Harris vs. State of Missouri** |
| **WD78360** | **Constance Elisabeth Durrell vs. Jason Grant Durrell** |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
----------------------------------------------------------------
| | |
|---|---|
| **WD77549** | **State of Missouri vs. Derrick Lamont Johnson** |